UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TERRY BRYANT DUDLEY,<br><br>   Defendant. | No. 2:19CR00096-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release TERRY BRYANT DUDLEY;

Case No. 2:19CR00096-KJM, from custody for the following reasons:

   ___ Release on Personal Recognizance

   _X_ Bail Posted in the Sum of $ 50,000

           _X_ Unsecured Appearance Bond to be signed by the Defendant and Cheryl Zink.

           __ Appearance Bond with 10% Deposit

           __ Appearance Bond with Surety

           __ Corporate Surety Bail Bond

   _X_ (Other): The Defendant shall be released on Friday, 4/16/2021 at 10:00 AM to Cheryl Zink for direct transportation to Teen Challenge, Alpha Henson Men's Center, 300 Stardust Lane, Lincoln, CA 95648.

Issued at Sacramento, California on April 15, 2021, at 11:25 a.m.

KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA