HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
TERRY BRYANT DUDLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY BRYANT DUDLEY,<br><br>Defendant. | Case No. 2:19-CR-0096-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE DETENTION HEARING ON THE PRETRIAL SERVICES VIOLATION PETITION**<br><br>Date:  July 7, 2022<br>Time:  2:00 pm<br>Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Adrian Kinsella, Attorney for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Terry Bryant Dudley, **that the Detention hearing on the Pretrial Services Violation Petition scheduled for July 7, 2022 may be vacated and continued to July 14, 2022 at 2:00pm.**

 Defense counsel requests a continuance due to exposure to Covid-19. The government and pretrial services do not object to this request.

Due to defense counsel's unavailability the parties believe there is good cause to continue the detention hearing on the pretrial services violation to July 14, 2022 at 2:00 pm.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 6, 2022                                  */s/ Jerome Price*
                                                    JEROME PRICE
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    TERRY BRYANT DUDLEY

Date: July 6, 2022                                  PHILLIP A. TALBERT
                                                    United States Attorney

                                                    */s/ Adrian Kinsella*
                                                    ADRIAN KINSELLA
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The July 7, 2022 Detention hearing on the Pretrial Services Violation Petition shall be **CONTINUED** until **July 14, 2022**, **at 2:00 p.m**., before Magistrate Judge Allison Claire.

**IT IS SO ORDERED.**

Dated:  July 6, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE