|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 14, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERRY BRYANT DUDLEY ,<br><br>　　　　　Defendant. | Case No.   2:19-cr-00096-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>TERRY BRYANT DUDLEY</u> , Case No.  <u>2:19-cr-00096-KJM</u>  Charge <u>18 USC 922(g)(1)18 USC 922(g)(1)</u> , from custody for the following reasons:for the following reasons:

| | |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | (Other): _____ <u>The defendant's release is delayed until Friday, 07/15/2022 at 9:00 AM</u> |

Issued at Sacramento, California on July 14, 2022, at 3:35 PM.

　　　　　　　　　　　　　　　　　　　　By:　 /s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire