UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 29, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRY BRYANT DUDLEY,

Defendant.

Case No. 2:19-cr-00096-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __TERRY BRYANT DUDLEY__, Case No. __2:19-cr-00096-KJM__, Charge __18 USC § 3606__, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

    ___ Unsecured Appearance Bond $ _____

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

**X** (Other): __TIME SERVED as of 7/30/2025. Defendant to be released July 30, 2025 by 9:00 am.__

Issued at Sacramento, California on July 29, 2025 at _10:35_ a.m.

By: _____
Kimberly J. Mueller, US District Judge